UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ABDULWAHAB HASSAN ABASHAAR, SAFA'A MANSOOR AL DAHMI, and OSAMAH ABDULWAHAB ABASHAAR, <br><br> Plaintiffs, <br><br> vs. <br><br> R STEPHEN BEECROFT, *Ambassador, United States Embassy - Cairo*; UNITED STATES DEPARTMENT OF STATE; FEDERAL BUREAU OF INVESTIGATION; CHRISTOPHER WRAY,[1] *Director of the Federal Bureau of Investigation*; L. FRANCIS CISSNA,[2] *Director of United States Citizenship*; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendants. | Cause No. 1:17-cv-281 RLM-DLP |

FINAL JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiffs.

Plaintiffs' petition is hereby dismissed without prejudice.

SO ORDERED.

ENTERED:  March 29, 2018

                                                       /s/ Robert L. Miller, Jr.
                                                       Judge, United States District Court

Laura A. Briggs, Clerk

BY: *Jenny Sammons*
Deputy Clerk, U.S. District Court

---

[1] Christopher Wray, the current Director of the Federal Bureau of Investigation, was substituted as a named defendant pursuant to Fed. R. Civ. P. 25(d)(1).
[2] L. Francis Cissna, the current Director of United States Citizenship, was substituted as a named defendant pursuant to Fed. R. Civ. P. 25(d)(1).

Electronic distribution to all counsel of record
via CM/ECF